AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 01, 2020

SEAN F. McAVOY, CLERK

BRAESON LANE HASKELL,

_____
*Plaintiff*

)
)
)
)
)
)

v.

Civil Action No.   2:20-cv-00270-SMJ

SGT BRIAN ODENBORG and OFFICER PAUL PURCELL,

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Salvador Mendoza, Jr. _____

Date:   December 1, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Angela Noel _____
*(By) Deputy Clerk*

Angela Noel _____